643

No. 521. HEARD ET AL. *v.* HOUSTON GULF GAS CO. ET AL. November 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Samuel B. Dabney* for petitioners. *Mr. W. A. Vinson* for respondents.

No. 522. FOSTER *v.* CHICKASHA. November 18, 1935. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Frank M. Bailey* for petitioner. *Mr. Alger Melton* for respondent.

No. 532. KITRELL *v.* UNITED STATES. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. The application for bail is also denied. *Messrs. Charles Rosenbaum* and *Harry S. Silverstein* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Earl C. Crouter* for the United States.

No. 560. UNITED STATES *v.* WOOD ET AL. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Solicitor General Reed* for the United States. *Mr. Robert T. McCracken* for respondents.

No. 446. CHOCTAW NATION *v.* UNITED STATES. November 25, 1935. Petition for writ of certiorari to the